JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN et al., <br><br> Plaintiffs, <br><br> v. <br><br> STEINY & CO., INC., <br><br> Defendant. | Case No. CV 15-04823 DMG (AJWx) <br><br> **JUDGMENT** |

    This Court having granted Plaintiffs' motion for summary judgment by order dated April 29, 2016 [Doc. # 35],

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National IBEW-NECA Labor-Management Cooperation Committee, Contract Compliance Fund, Administrative Maintenance Fund, Los Angeles Electrical Workers Credit Union, Trustees of the Inland Empire IBEW-NECA Labor Management Cooperation Committee, Trustees of the Riverside County

1 Electrical Health and Welfare Trust Fund, and Trustees of the Riverside County
2 Electrical Education and Training Trust Fund, shall recover from defendant Steiny and
3 Company, Inc., $673,595.71 for work performed from October 2015 through February
4 2016, liquidated damages in the amount of $46,111.53 for unpaid or untimely paid
5 contributions for work performed from October 2015 through February 2016, and interest
6 in the amount of $6,196.49, for a total of $725,903.73, plus reasonable attorney's fees
7 and court costs to be determined after entry of judgment.

10 DATED: April 29, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE